UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                    Chapter 11

DIAMOND ELITE PARK LLC,                                  Case No.: 23-22520 (SHL)

                        Debtor.
-----------------------------------------------------------X

## ORDER CONVERTING CHAPTER 11 CASE
## TO CASE UNDER CHAPTER 7

Upon the motion (the "UST Motion") of William K. Harrington, the United States Trustee for Region 2 (the "UST") (Dkt. No. 77), for the entry of an order converting the chapter 11 case (the "Chapter 11 Case") of, the above-captioned debtor and debtor in possession (the "Debtor") to one under chapter 7 of the Bankruptcy Code or, in the alternative, dismissing it; and OKOA Capital LLC having filed a statement in support; and the Debtor having filed an objection; and the Court having scheduled a hearing (the "Hearing") for January 7, 2025 to consider the UST Motion; and the Court having held the Hearing; and after hearing the parties whose appearances are reflected in the record of the Hearing; and upon the record of the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

       ORDERED, that the UST Motion is granted as set forth below; and it is further

       ORDERED, that the Chapter 11 Case be, and the same hereby is, converted to a case under chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. § 1112(b); and it is further

{

ORDERED, that the Debtor shall file a schedule of unpaid debts incurred after the commencement of the Chapter 11 Case within fifteen (15) days from the date of the entry of this Order.

Dated: White Plains, New York
      January 9, 2025

                                        ***/s/ Sean H. Lane***
                                        **HONORABLE SEAN H. LANE**
                                        **UNITED STATES BANKRUPTCY JUDGE**

{