# MARIANNE T. O'TOOLE

United States Bankruptcy Trustee
2 Depot Plaza, Suite 2E
Bedford Hills, New York 10507
Telephone: (914) 232-1511

February 27, 2025

(Filed Electronically on ECF)

To Whom it May Concern:

Re:     In re Diamond Elite Park LLC, Case No. 23-22520 (SHL)

    Please be advised that the **time** of the adjourned 341 Hearing scheduled in the above referenced case for March 13, 2025 is 2:35 p.m.

/s/ Marianne T. O'Toole, As Trustee
Marianne T. O'Toole, As Trustee
2 Depot Plaza, Suite 2E
Bedford Hills, NY 10507